Doc#11
11 pgs.

92-010859-02 FY

JOURNAL OF THE RECORDERS COURT
CITY OF DETROIT
STATE OF MICHIGAN

AGNEW, JESSIE, LEE                    COMPLAINANT: MACK, SAMUEL,
                                      LPD NUMBER 403501

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| SEPTEMBER 13, 1992 | WARRANT            NO BOND SET<br>SIGNED WARRANT<br>JUDGE: HAMMONS, CHARLES P<br>REPORTER: UNREPORTED,                NO CHANGE |
| SEPTEMBER 13, 1992 | WARRANT ISS<br>WARRANT RECOMMENDED<br>JUDGE: PROSECUTOR<br>PROSECUTION        : KOCH, JOSEPH W<br>REPORTER: ** UNKNOWN REPORTER |
| SEPTEMBER 14, 1992 | ARR-WRNT    REMANDED TO JAIL - NO BOND<br>DEFENDANT STANDS MUTE; PLEA OF NOT GUILTY ENTERED BY COURT<br>JUDGE: HAMMONS, CHARLES P         NO CHANGE<br>REPORTER: MOONEY, MERLE,<br>NEXT SCHEDULED PROCEEDING:<br>EXAM-AM<br>ON SEPTEMBER 21, 1992    BEFORE JUDGE VAN TIEM, THOMAS A SR |
| SEPTEMBER 21, 1992 | EXAM            BOND CONTINUED<br>PROCEEDING HELD; DEFENDANT WAS BOUND OVER<br>JUDGE: VAN TIEM, THOMAS A SR<br>ASSIGNED COUNSEL      : BROWN, MARK,<br>PROSECUTION           : BRUNO, PAUL G<br>REPORTER: WILLIAMS, ELAINE<br>BAIL WAS FIXED AT                 $0.00<br>NEXT SCHEDULED PROCEEDING:<br>ARRAIGNMENT ON INFORMATION<br>ON SEPTEMBER 28, 1992    BEFORE JUDGE ROBERSON, DALTON A |
| SEPTEMBER 23, 1992 | ASSGNMNT<br>TEAM-6<br>JUDGE: ROBERSON, DALTON A<br>REPORTER: ** UNKNOWN REPORTER |
| SEPTEMBER 28, 1992 | ARR-INFO     REMANDED TO JAIL - NO BOND<br>HELD<br>JUDGE: EVANS, ROBERT L         NO CHANGE<br>PROSECUTION       : PLANTS, KAREN,<br>REPORTER: KINSEY, SUE, |
| SEPTEMBER 28, 1992 | DSPN CONF    REMANDED TO JAIL - NO BOND<br>HELD<br>(C O N T I N U E D) |

DATE NOVEMBER 19, 2004    PAGE 1



DEC 28 2004
CLERK'S OFFICE
DETROIT
ENTERED

JESSIE AGNEW v ANDREW JACKSON
USDC 04-CV-72038-DT
HONORABLE GEORGE CARAM STEEH

```
92-010859-02 FY          JOURNAL OF THE RECORDERS COURT              DATE NOVEMBER 19, 2004  PAGE 2
                                CITY OF DETROIT
                                STATE OF MICHIGAN

         AGNEW,JESSIE,LEE                        COMPLAINANT:     MACK,SAMUEL,
                                                 LPD NUMBER 403601

   DATE OF EVENT                         EVENT DESCRIPTION

SEPTEMBER 28, 1992   JUDGE: EVANS,ROBERT L
                     PROSECUTION              :    NO CHANGE
                     REPORTER: KINSEY,SUE,        PLANTS,KAREN,
                     FILING       ORDER FOR PRODUCTION OF EXAM TRANSCRIPT
                     SIGNED AND FILED
                     REMANDED TO JAIL - NO BOND
                     JUDGE: EVANS,ROBERT L
                     PROSECUTION              :    NO CHANGE
                     REPORTER: ** UNKNOWN REPORTER   PLANTS,KAREN,
                     NEXT SCHEDULED PROCEEDING:
                        CAL-CONF
                        ON OCTOBER       9, 1992   BEFORE JUDGE CUNNINGHAM,RICHARD L

OCTOBER   9, 1992    CAL-CONF          BOND CONTINUED
                     HELD
                     JUDGE: CUNNINGHAM,RICHARD L
                     PROSECUTION              :    NO CHANGE
                     REPORTER: SPOUTZ,PHILIP,      PIOTROWSKI,TOM,
                     BAIL WAS FIXED AT                 $0.00
                     NEXT SCHEDULED PROCEEDING:
                        FINAL-CONF
                        ON NOVEMBER     13, 1992   BEFORE JUDGE CUNNINGHAM,RICHARD L

NOVEMBER 13, 1992    FINAL-CONF        BOND CONTINUED
                     PROCEEDING WAS ADJOURNED
                     ADJOURNED FOR FUTHER INVESTIGATION
                     JUDGE: CUNNINGHAM,RICHARD L
                     PROSECUTION              :    NO CHANGE
                     REPORTER: CAVANAGH,LINDA,     PIOTROWSKI,TOM,
                     BAIL WAS FIXED AT                 $0.00
                     NEXT SCHEDULED PROCEEDING:
                        MOTION
                        ON DECEMBER      4, 1992   BEFORE JUDGE CUNNINGHAM,RICHARD L

DECEMBER  4, 1992    EVID HNG          BOND CONTINUED
                     HELD
                     JUDGE: CUNNINGHAM,RICHARD L
                     PROSECUTION              :    NO CHANGE
                     REPORTER: NASH,DEBORAH,       DAWSON,LORI,
                     BAIL WAS FIXED AT                 $0.00

                              ( C O N T I N U E D )
```

AGNEW,JESSIE,LEE                              COMPLAINANT:   MACK,SAMUEL,
                                              LPD NUMBER 403601

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| DECEMBER 4, 1992 | FILING          FOR A SEPARATE TRIAL<br>GRANTED<br>JUDGE: CUNNINGHAM,RICHARD L<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER 4, 1992 | FILING          TO SUPPRESS<br>DENIED<br>JUDGE: CUNNINGHAM,RICHARD L<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER 4, 1992 | FILING          TO SUPPRESS<br>DENIED<br>JUDGE: CUNNINGHAM,RICHARD L<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER 4, 1992 | FILING          FOR A SEPARATE TRIAL<br>GRANTED<br>JUDGE: CUNNINGHAM,RICHARD L<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER 4, 1992 | MOTION          BOND CONTINUED<br>HELD<br>JUDGE: CUNNINGHAM,RICHARD L |
| DECEMBER 11, 1992 | PROSECUTION          :     NO CHANGE<br>REPORTER: NASH,DEBORAH,      DAWSON,LORI,<br>BAIL WAS FIXED AT                 $0.00<br>NEXT SCHEDULED PROCEEDING:<br>FINAL-CONF<br>ON DECEMBER 11, 1992    BEFORE JUDGE CUNNINGHAM,RICHARD L<br>FINAL-CONF          BOND CONTINUED<br>PROCEEDING WAS ADJOURNED<br>ADJOURNED FOR FUTHER INVESTIGATION<br>JUDGE: CUNNINGHAM,RICHARD L |
| JANUARY 15, 1993 | PROSECUTION          :     NO CHANGE<br>REPORTER: DRAIN,DORA,     PETITO,MARIA A<br>BAIL WAS FIXED AT                 $0.00<br>NEXT SCHEDULED PROCEEDING:<br>FINAL-CONF<br>ON JANUARY 15, 1993    BEFORE JUDGE ROBERSON,DALTON A<br>PRETRIAL          BOND CONTINUED<br>HELD |

(C O N T I N U E D)

```
92-010859-02 FY           JOURNAL OF THE RECORDERS COURT            DATE NOVEMBER 19, 2004  PAGE  4
                                  CITY OF DETROIT
                                  STATE OF MICHIGAN

AGNEW,JESSIE,LEE                                   COMPLAINANT:    MACK,SAMUEL,
                                                   LPD NUMBER 403601

DATE OF EVENT                               EVENT DESCRIPTION

JANUARY    19, 1993      JUDGE: ROBERSON,DALTON A
                         PROSECUTION                 :    NO CHANGE
                         REPORTER: ROMAN,LINDA,           SCALLEN,TIMOTHY C
                         BAIL WAS FIXED AT                            $0.00
                         NEXT SCHEDULED PROCEEDING:
                         FINAL-CONF
                         ON JANUARY    19, 1993     BEFORE JUDGE ROBERSON,DALTON A

                         MOTION          BOND CONTINUED
                         HELD
                         JUDGE: ROBERSON,DALTON A
                         PROSECUTION                 :    NO CHANGE
                         REPORTER: UNREPORTED,             LESS,DANIEL E
                         BAIL WAS FIXED AT                            $0.00
                         NEXT SCHEDULED PROCEEDING:
                         JURY TRIAL
                         ON MARCH      15, 1993     BEFORE JUDGE DOCKET-B

MARCH      11, 1993      FILING         APA ********
                         FILED
                         JUDGE: ** UNKNOWN JUDGE
                         PROSECUTION                 :    LESS,DANIEL E
                         REPORTER: ** UNKNOWN REPORTER

MARCH      12, 1993      FILING          NOTICE OF ALIBI
                         FILED
                         JUDGE: DOCKET-B
                         OTHER                       :    BROWN,MARK,L
                         REPORTER: ** UNKNOWN REPORTER

MARCH      15, 1993      FILING         TO ADD OR ENDORSE A WITNESS
                         SIGNED AND FILED
                         JUDGE: MURPHY,JOHN A
                         REPORTER: ** UNKNOWN REPORTER

MARCH      15, 1993      JURY TRIAL      BOND CONTINUED
                         IN PROGRESS
                         JUDGE: DOCKET-B
                         PROSECUTION                 :    NO CHANGE
                         REPORTER: DONOHUE,MARY,          LESS,DANIEL B
                         BAIL WAS FIXED AT                            $0.00
                         NEXT SCHEDULED PROCEEDING:
                         JURY TRIAL
                         ON MARCH      16, 1993     BEFORE JUDGE DOCKET-B

                                     (C O N T I N U E D)
```

AGNEW, JESSIE, LEE                                COMPLAINANT:   MACK, SAMUEL,

                                                      LPD NUMBER 403601

DATE OF EVENT                                    EVENT DESCRIPTION

MARCH 16, 1993    JURY TRIAL    BOND CONTINUED
                  IN PROGRESS
                  JUDGE: MURPHY, JOHN A
                  PROSECUTION                  :          NO CHANGE
                  REPORTER: MAXWELL, KATHLEE            LESS, DANIEL E
                  BAIL WAS FIXED AT            $0.00
                  NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON MARCH       17, 1993    BEFORE JUDGE DOCKET-B

MARCH 17, 1993    JURY TRIAL    BOND CONTINUED
                  IN PROGRESS
                  JUDGE: MURPHY, JOHN A
                  PROSECUTION                  :          NO CHANGE
                  REPORTER: MAXWELL, KATHLEE            LESS, DANIEL E
                  BAIL WAS FIXED AT            $0.00
                  NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON MARCH       18, 1993    BEFORE JUDGE DOCKET-B

MARCH 18, 1993    JURY TRIAL    BOND CONTINUED
                  IN PROGRESS
                  JUDGE: DOCKET-B
                  PROSECUTION                  :          NO CHANGE
                  REPORTER: MAXWELL, KATHLEE            LESS, DANIEL E
                  BAIL WAS FIXED AT            $0.00
                  NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON MARCH       22, 1993    BEFORE JUDGE DOCKET-B

MARCH 22, 1993    FILING        FOR A MISTRIAL
                  TAKEN UNDER ADVISEMENT
                  JUDGE: MURPHY, JOHN A
                  REPORTER: ** UNKNOWN REPORTER

MARCH 22, 1993    JURY TRIAL    BOND CONTINUED
                  IN PROGRESS
                  JUDGE: MURPHY, JOHN A
                  PROSECUTION                  :          NO CHANGE
                  REPORTER: MAXWELL, KATHLEE            LESS, DANIEL E
                  BAIL WAS FIXED AT            $0.00

(C O N T I N U E D)

```
92-010859-02 FY                 JOURNAL OF THE RECORDERS COURT
                                        CITY OF DETROIT
                                        STATE OF MICHIGAN

                  AGNEW,JESSIE,LEE                          COMPLAINANT:    MACK,SAMUEL,
                                                            LPD NUMBER 403601

        DATE OF EVENT                           EVENT DESCRIPTION

MARCH   23, 1993    NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON MARCH         23, 1993       BEFORE JUDGE DOCKET-B
                    JURY TRIAL    REMANDED TO JAIL - NO BOND
                    IN PROGRESS
                                              NO CHANGE
                    PROSECUTION           :  LESS,DANIEL E
                    REPORTER: MAXWELL,KATHLEE
                    JUDGE: MURPHY,JOHN A
                    NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON MARCH         24, 1993       BEFORE JUDGE DOCKET-B

MARCH   24, 1993    FILING         FOR A DIRECTED VERDICT OF NOT GUILTY
                    DENIED
                    JUDGE: MURPHY,JOHN A
                    REPORTER: ** UNKNOWN REPORTER

MARCH   24, 1993    JURY TRIAL    REMANDED TO JAIL - NO BOND
                    IN PROGRESS
                                              NO CHANGE
                    PROSECUTION           :  LESS,DANIEL E
                    REPORTER: MAXWELL,KATHLEE
                    JUDGE: MURPHY,JOHN A
                    NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON MARCH         25, 1993       BEFORE JUDGE DOCKET-B

MARCH   25, 1993    FILING         FOR A MISTRIAL
                    DENIED
                    REMANDED TO JAIL - NO BOND
                    JUDGE: MURPHY,JOHN A
                    PROSECUTION           :  LESS,DANIEL E
                    REPORTER: ** UNKNOWN REPORTER

MARCH   25, 1993    FILING         FOR A DIRECTED VERDICT OF NOT GUILTY
                    GRANTED IN PART
                    JUDGE: MURPHY,JOHN A
                    REPORTER: ** UNKNOWN REPORTER

MARCH   25, 1993    JURY TRIAL    REMANDED TO JAIL - NO BOND
                    IN PROGRESS
                    JUDGE: MURPHY,JOHN A
                                              NO CHANGE

                              ( C O N T I N U E D )
```

AGNEW,JESSIE,LEE                                COMPLAINANT:    MACK,SAMUEL,
                                                LPD NUMBER 403601

DATE OF EVENT                                   EVENT DESCRIPTION

MARCH    29, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: MURPHY,JOHN A
                     PROSECUTION              :         NO CHANGE
                     REPORTER: MAXWELL,KATHLEE          LESS,DANIEL E
                     NEXT SCHEDULED PROCEEDING:
                     JURY TRIAL
                     ON MARCH          29, 1993    BEFORE JUDGE DOCKET-B

MARCH    30, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: MURPHY,JOHN A
                     PROSECUTION              :         NO CHANGE
                     REPORTER: MAXWELL,KATHLEE          LESS,DANIEL E
                     BAIL WAS FIXED AT                  $0.00
                     NEXT SCHEDULED PROCEEDING:
                     JURY TRIAL
                     ON MARCH          30, 1993    BEFORE JUDGE DOCKET-B

MARCH    31, 1993    JURY TRIAL      BOND CONTINUED
                     FOUND GUILTY
                     REFERRED TO PROBATION FOR REPORT
                     JUDGE: MURPHY,JOHN A
                     PROSECUTION              :         NO CHANGE
                     REPORTER: MAXWELL,KATHLEE          LESS,DANIEL E
                     BAIL WAS FIXED AT                  $0.00
                     NEXT SCHEDULED PROCEEDING:
                     SENTENCE
                     ON APRIL          15, 1993    BEFORE JUDGE DOCKET-B

APRIL    15, 1993    SENTENCE        REMANDED TO JAIL - NO BOND
                     SENTENCED
                     WRITTEN NOTICE OF RIGHTS SERVED ON DEFENDANT
                     JUDGE: STEMPIEN,JEANNE
                     PROSECUTION              :         NO CHANGE
                                                       LESS,DANIEL E

                            (C O N T I N U E D)

92-010859-02 FY

JOURNAL OF THE RECORDERS COURT

CITY OF DETROIT
STATE OF MICHIGAN

COMPLAINANT:   MACK, SAMUEL,

AGNEW, JESSIE, LEE                                            LPD NUMBER 403601

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| | REPORTER: MAXWELL, KATHLEE |
| | CURRENT CHARGE: 750.316-B     HOMICIDE-FL MRD      GUILTY |
| | CURRENT CHARGE: 750.83        ASLT WI MRD          GUILTY |
| | CURRENT CHARGE: 750.520G1     ASLT W/I RAPE        DISMISSED |
| | CURRENT CHARGE: 750.227B-A    FELONY FIREARM       GUILTY |
| MAY 27, 1993 | FILING         FOR A NEW TRIAL |
| | FILED |
| | JUDGE: DOCKET-B      ;  BROWN, MARK, L |
| | OTHER |
| | REPORTER: ** UNKNOWN REPORTER |
| JULY 12, 1993 | FILING         TO APPOINT COUNSEL FOR APPELLATE REVIEW |
| | SIGNED AND FILED |
| | JUDGE: ROBERSON, DALTON A |
| | ASSIGNED COUNSEL : STATE APPELLATE DEFENDER OFF. |
| | REPORTER: ** UNKNOWN REPORTER |
| JANUARY 19, 1994 | FILING         TRANSCRIPT OF TRIAL |
| | FILED |
| | JUDGE: HATHAWAY, RICHARD P |
| | REPORTER: ** UNKNOWN REPORTER |
| APRIL 5, 1994 | FILING         TRANSCRIPT OF TRIAL |
| | SIGNED AND FILED |
| | JUDGE: DOCKET-B |
| | REPORTER: ** UNKNOWN REPORTER |
| APRIL 5, 1994 | FILING         TRANSCRIPT OF TRIAL |
| | SIGNED AND FILED |
| | JUDGE: STACEY, MICHAEL L |
| | REPORTER: ** UNKNOWN REPORTER |
| APRIL 13, 1994 | FILING         TRANSCRIPT OF TRIAL |
| | SIGNED AND FILED |
| | JUDGE: HAUSNER, JOHN H |
| | REPORTER: ** UNKNOWN REPORTER |
| JANUARY 30, 1996 | FILING         TRANSCRIPT |
| | FILED |
| | JUDGE: ROBERSON, DALTON A |
| | REPORTER: ** UNKNOWN REPORTER |
| JANUARY 27, 1997 | FILING         APPLICATION FOR LEAVE TO FILE A DELAYED APPEAL |
| | FILED |
| | JUDGE: STEMPIEN, JEANNE |

(C O N T I N U E D)

DATE NOVEMBER 19, 2004    PAGE 8

```
                    JOURNAL OF THE RECORDERS COURT
                            CITY OF DETROIT
                           STATE OF MICHIGAN

AGNEW, JESSIE, LEE                          COMPLAINANT:    MACK, SAMUEL,
                                            LPD NUMBER 403601

DATE OF EVENT                    EVENT DESCRIPTION

FEBRUARY 24, 1999    REPORTER:  ** UNKNOWN REPORTER

                     FILING                  FOR RELIEF FROM JUDGEMENT
                     FILED
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

AUGUST   3, 1999     FILING                  FOR RELIEF FROM JUDGEMENT
                     DENIED
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

AUGUST   3, 1999     MOTION                  BOND CONTINUED
                     HELD
                     JUDGE:  HOOD, KAREN FORT
                     PROSECUTION                 NO CHANGE
                     REPORTER:  UNREPORTED,      UNREPORTED,
                     BAIL WAS FIXED AT                       $0.00

SEPTEMBER 2, 1999    FILING                  FOR A WRIT OF HABEAS CORPUS
                     FILED
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

OCTOBER 18, 1999     FILING                  FOR A NEW TRIAL
                     DENIED
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

OCTOBER 18, 1999     MOTION                  BOND CONTINUED
                     HELD
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  UNREPORTED,
                     BAIL WAS FIXED AT                       $0.00

JANUARY 24, 2000     FILING                  FOR A WRIT OF HABEAS CORPUS
                     DISMISSED WITHOUT PREJUDICE
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

OCTOBER 16, 2000     FILING                  FOR AN EVIDENTIARY HEARING
                     FILED
                     JUDGE:  HOOD, KAREN FORT
                     REPORTER:  ** UNKNOWN REPORTER

                         ( C O N T I N U E D )
```

No. 92-010859-02 FY

**JOURNAL OF THE RECORDERS COURT**
**CITY OF DETROIT**
**STATE OF MICHIGAN**

AGNEW, JESSIE, LEE

COMPLAINANT: MACK, SAMUEL,

LPD NUMBER 403601

DATE NOVEMBER 19, 2004   PAGE 10

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| • OCTOBER 16, 2000 | FILING FOR RELIEF FROM JUDGEMENT<br>FILED<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| OCTOBER 16, 2000 | FILING BRIEF OR MEMORANDUM<br>FILED<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| APRIL 12, 2001 | FILING FOR AN EVIDENTIARY HEARING<br>DENIED<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| APRIL 12, 2001 | FILING FOR RELIEF FROM JUDGEMENT<br>DENIED<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| JULY 10, 2002 | FILING APPLICATION FOR LEAVE TO FILE A DELAYED APPEAL<br>DISMISSED<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| OCTOBER 24, 2002 | FILING FOR A REHEARING<br>DENIED BY THE COURT OF APPEALS<br>JUDGE: HOOD, KAREN FORT<br>REPORTER: ** UNKNOWN REPORTER |
| APRIL 29, 2003 | FILING APPLICATION FOR LEAVE TO FILE A DELAYED APPEAL<br>DENIED BY THE SUPREME COURT<br>JUDGE: KENNY, TIMOTHY M<br>REPORTER: ** UNKNOWN REPORTER |
| MAY 16, 2003 | FILING TO RECONSIDER<br>FILED<br>JUDGE: KENNY, TIMOTHY M<br>REPORTER: ** UNKNOWN REPORTER |

SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.316-B
HOMICIDE - FELONY MURDER
ON APRIL 15, 1993 BEFORE JUDGE *** UNKNOWN JUDGE
LIFE SENTENCE
COMMENTS: NO CR TIME MAND LIF

(C O N T I N U E D)

```
92-010859-02 FY                JOURNAL OF THE RECORDERS COURT              DATE NOVEMBER 19, 2004   PAGE 11

                                       CITY OF DETROIT

                                       STATE OF MICHIGAN

                                                       COMPLAINANT:    MACK, SAMUEL,
                        AGNEW, JESSIE, LEE
                                                       LPD NUMBER 403631

        DATE OF EVENT                          EVENT DESCRIPTION

                            DEFENDANT TO PAY COURT COSTS OF                                      $30.00
                            SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.83
                                                                        ASSAULT WITH INTENT TO MURDER
                               ON APRIL     15, 1993    BEFORE JUDGE ** UNKNOWN JUDGE
                            CONFINEMENT
                            TO BE INCARCERATED FOR THE PERIOD    20 YR             TO      50 YR
                            IN CONFINEMENT
                            COMMENTS: NO CR TIME
                            SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.227B-A
                                                                        WEAPONS FELONY FIREARM
                               ON APRIL     15, 1993    BEFORE JUDGE ** UNKNOWN JUDGE
                            CONFINEMENT
                            TO BE INCARCERATED FOR THE PERIOD    2 YR              TO      2 YR
                            IN CONFINEMENT
                            COMMENTS: NO CR TIME CONS TO 0
```